UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONNIE JONES,

    Plaintiff,

v.                                                                             Case No. 05-C-966

BADGER METER,

    Defendant.

**ORDER**

On April 21, 2006, this court conducted a hearing on the defendant's motion to compel discovery and for sanctions. For the reasons more fully stated on the record, the court orders the following:

1. The defendant's motion to compel discovery and for sanctions is granted in part, denied in part without prejudice, and denied in part as moot. The motion is granted in part in so far as Mr. Jones is ordered to respond to Badger Meter's first set of interrogatories and first request for production of documents <u>on or before May 5, 2006</u>. The motion is denied in part as moot in so far as Mr. Jones has been deposed since the defendant's motion to compel was filed. The defendant's motion for sanctions is denied without prejudice.

2. The defendant's motion for summary judgment, which was filed subsequent to the motion to compel discovery and for sanctions, is denied without prejudice.

3. All summary judgment motion are to be filed on or before June 30, 2006. The parties are directed to refer to this court's previous scheduling order in reference to the specific procedures necessary for filing summary judgment motions in this court.

4. A scheduling conference will be conducted on Friday, July 7, 2006, at 9:00 a.m. in Room 253 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202. If there are unresolved summary judgment motions at that time, the scheduling conference will be cancelled.

5. The scheduling conference previously scheduled for Monday April 24, 2006 is cancelled.

**SO ORDERED** this 21st day of April 2006, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge